IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                  PLAINTIFF

vs.                        CASE NO. **4:99CR87GH**
                               **4:04CV2252GH**

CHRISTOPHER SEAN DEATON                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, the motion to vacate, set aside, or correct sentence is hereby denied.

IT IS SO ORDERED this 9th day of August, 2005.

/s/ George Howard, Jr.
UNITED STATES DISTRICT JUDGE

-1-